JS - 6

FILED: 9/12/14

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Board of Trustees of the California Ironworkers Field Pension Trust, et al.,*<br><br>     **Plaintiffs,**<br><br>  v.<br><br>*Tri-Steel Corporation*,<br><br>     **Defendant.** | CASE NO. CV 14-2811-GHK (RZx)<br><br>**JUDGMENT** |

Pursuant to the Court's September 12, 2014 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiffs against Defendant Tri-Steel Corporation in the total amount of $251,801.71, consisting of the following amounts: (1) unpaid contributions of $154,918.53; (2) liquidated damages of $69,203.48; (3) accrued interest of $14,299.48; (4) audit fees of $4,445.00; (5) costs of $469; and (6) attorneys' fees of $8,466.70.

**IT IS SO ORDERED**.

DATED: September 12, 2014

_____
GEORGE H. KING
Chief United States District Judge